UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR23-140 JNW |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| LEON HENDERSON, | ) | |
| Defendant. | ) | |

## OFFENSES CHARGED

Two separate incidents, each giving rise to a set of three charges (six charges, total):

Counts 1 and 4: Possession of controlled substances, including methamphetamine, fentanyl, and other drugs, with intent to distribute.

Counts 2 and 5 – Possession of one or more firearms, in furtherance of alleged drug offenses.

Counts 3 and 6 – Possession of one or more firearms, after a prior conviction of a felony.

DETENTION ORDER
PAGE -1

Date of Detention Hearing:    September 18, 2023

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community, as well as defendant's appearances as required in this case.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On each of the six charges the return of an Indictment gives rise to a rebuttable presumption of detention. Defendant has presented nothing to rebut this presumption (but see paragraph 6, below).

(2) To date, the Pretrial Services Office has filed an original Pretrial Services Report, dated 9/14/23, and a First Supplemental Report, dated 9/18/23. Defendant was interviewed before the preparation of the First Supplement ql Report. The parties stipulated the admission of these two documents as exhibits, under seal. The facts recited in this Detention Order are based almost entirely upon the contents of those two reports..

(3) Defendant has a lengthy record of serious offenses. His adult convictions include theft, firearm possession, assault, domestic violence, obstruction of a law enforcement officer, attempted possession of a firearm and harassment (death threat). There are various additional felony charges currently pending against him.

(4) Defendant acknowledged to the Pretrial Services Officer that he has regularly used a

DETENTION ORDER
PAGE -2

range of controlled substances. He reported he last used Percocet and fentanyl the day before his arrest on these charges, and used methamphetamine on the day of his arrest; and last used heroin one week before his arrest. He has been unemployed for at least the past three years.

(5) Defendant's record includes dozens of warrants issue for failure to appear as required, and for other violations of other court order. He is also associated with three alternate names and three alternate dates of birth.

(6) Defendant and his counsel stipulated to the entry of a Detention Order; but reserved the right to file a motion to re-open the detention hearing if he can make a showing of a release plan (with drug treatment) which would give reasonable assurance as to safety and future appearances. 18 U.S.C. Sec. 3142(f).

It is therefore ORDERED:

1,    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3,    On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4.    The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of September, 2023.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -4