JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-140-JNW |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL |
| LEON HENDERSON, | |
| Defendant. | |

THE COURT has considered the motion to withdraw and for appointment of new counsel along with the records in this case.

IT IS ORDERED that First Assistant Federal Defender Corey Endo is permitted to withdraw as defense counsel in this matter and that new counsel shall be appointed to represent Mr. Henderson from the CJA panel.

DONE this 22nd day of March 2024.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Corey Endo*
First Assistant Federal Defender

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(*U.S. v. Henderson,* CR23-140-JNW) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**