UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEON HENDERSON,<br><br>Defendant. | NO.   CR23-140-JNW<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT, has considered the defendant's unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's recent appointment and counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) A failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

---

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
*United States v. Leon Henderson, CR23-140-JNW*     Page - 1

**THE GEISNESS LAW FIRM**
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689

(c) The additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) The additional time requested between the current trial date of April 22, 2024, and the new trial date of December 9, 2024, is necessary to provide counsel for the defendant reasonable time to prepare for trial considering all of the facts set forth above.

(f) The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date shall be continued to December 9, 2024, and the pretrial motions deadline to October 31, 2024.

Dated this 18th day of April, 2024.

*(signature)*

Jamal N. Whitehead
United States District Judge

Presented by:

*s/ Peter Geisness*
Peter Geisness # 30897
Defense Counsel for Leon Henderson

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
*United States v. Leon Henderson, CR23-140-JNW*   Page - 2

THE GEISNESS LAW FIRM
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689