UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-140 |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| LEON HENDERSON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

The Court DENIES as moot the unopposed motion to continue the trial and pretrial motions deadline filed by former defense counsel Corey Endo, Dkt. No. 33.

Dated this 18th day of April 2024.

Ravi Subramanian
Clerk

/s/ Kathleen Albert
Deputy Clerk

MINUTE ORDER - 1