UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>    v.<br><br>LEON HENDERSON,<br>          Defendant. | NO.  CR23-140-JNW<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT, has considered the defendant's unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's recent appointment and counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) A failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) The additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND PRETRIAL
MOTIONS DEADLINE
*United States v. Leon Henderson*, CR23-140-JNW    Page - 1

THE GEISNESS LAW FIRM
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689

    (d) The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

    (e) The additional time requested between the current trial date of December 9, 2024, and the new trial date of April 21, 2025, is necessary to provide counsel for the defendant reasonable time to prepare for trial considering all of the facts set forth above.

    (f) The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

    IT IS THEREFORE ORDERED that the trial date shall be continued to April 21, 2025, and the pretrial deadline to February 5, 2025.

Dated this 29th day of October. 2024.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

s/ Peter Geisness
Peter Geisness # 30897
Defense Counsel for Leon Henderson

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND PRETRIAL
MOTIONS DEADLINE
United States v. Leon Henderson, CR23-140-JNW    Page - 2

THE GEISNESS LAW FIRM
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689