UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEON HENDERSON,<br><br>    Defendant. | NO.  CR23-140-JNW<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

THE COURT, has considered the defendant's unopposed motion to continue the pretrial motions deadline and finds that:

A failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

The ends of justice will best be served by a continuance of the motions deadline; and

The additional time requested between the <u>current pretrial deadline date of February 5, 2025, and the new pretrial deadline date of February 26, 2025</u>, is necessary to provide counsel for the defendant reasonable time to prepare for trial considering all of the facts set forth above.

IT IS THEREFORE ORDERED that the motions deadline shall be continued to February 26, 2025.

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE
*United States v. Leon Henderson, CR23-140-JNW*     Page - 1

THE GEISNESS LAW FIRM
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689

1    Dated this 19th day of February, 2025.

2

3

4

                                          Jamal N. Whitehead
5                                              United States District Judge

6

7

8    Presented by:

9
   *s/ Peter Geisness*
10   Peter Geisness # 30897
    Defense Counsel for Leon Henderson
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE
*United States v. Leon Henderson, CR23-140-JNW*    Page - 2

**THE GEISNESS LAW FIRM**
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689