UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEON HENDERSON,<br><br>    Defendant. | CASE NO. 2:23-cr-140<br><br>ORDER |

This matter comes before the Court on Defendant Leon Henderson's unopposed motion to continue his trial date and pre-trial deadlines. Dkt. No. 55. Having reviewed the motion and the relevant record, the Court GRANTS Henderson's motion and continues the trial date to July 28, 2025. The pre-trial motions deadline is continued to June 20, 2025.

Dated this 10th day of March, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 1