Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEON HENDERSON,<br><br>Defendant. | NO. CR23-140 JNW<br><br>ORDER GRANTING UNITED STATES'<br>MOTION TO FILE OVER-LENGTH<br>BRIEF IN EXCESS OF 4,200 WORDS |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file a Response to the Defendant's Motion to Suppress that contains approximately 6,938 words.

DATED this 27th day of August, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

PRESENTED BY:

*s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

Order Permitting Over-Length Brief - 1
*United States v. Henderson* / CR 23-140 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970