The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEON HENDERSON,<br><br>Defendant. | NO. CR23-140 JNW<br><br>ORDER GRANTING PARTIES' AGREED MOTIONS IN LIMINE |

THE COURT has considered the parties' joint motions in limine. Being fully advised of the parties' positions and the governing law, the Court hereby ORDERS as follows:

1. <u>Argument of Penalties</u>

The parties' motion to preclude testimony and evidence concerning penalties or collateral consequences of a conviction is GRANTED.

2. <u>Reference to 2012 Personnel Action</u>

The parties' motion to preclude testimony and evidence concerning a DEA chemist's 2012 personnel action is GRANTED.

Order Granting Parties' Agreed Motions in Limine - 1
*United States v. Henderson* / CR23-140 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. <u>Exclusion of Witnesses from Courtroom</u>

The parties' motion to exclude potential witnesses from the courtroom until they are called to testify, with exceptions for the government's case agent and the defense's investigator, is GRANTED.

DATED this 19th day of September, 2025.

JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Carolyn Forstein*
CAROLYN FORSTEIN
Assistant United States Attorney

Order Granting Parties' Agreed Motions in Limine - 2
*United States v. Henderson* / CR23-140 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970