The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEON HENDERSON,<br><br>Defendant. | NO. CR23-00140 JNW<br><br>ORDER GRANTING CONTINUANCE OF TRIAL AND PRETRIAL MOTIONS DEADLINE<br><br>~~(Proposed)~~ |

This Court has considered all the representations made regarding the need for a continuance of the trial date.

THE COURT FINDS, considering the need for defense counsel to prepare a defense by both investigating, researching, and preparing pretrial motions and preparing for trial, and for all of the other reasons set forth by the parties, that the failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), that a failure to grant a continuance would likely result in a miscarriage of justice.

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a speedier trial.

IT IS THEREFORE ORDERED that the pretrial motions deadline is reset to October 17, 2025, with responses due no later than October 24, 2025, and replies due no later than November 3, 2025.

IT IS FURTHER ORDERED that trial shall be continued until November 17, 2025.

The period of time from the date of this Order, up to and including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

DATED this 7th day of October, 2025

_____
HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s Jessica M. Manca
JESSICA M. MANCA
CAROLYN FORSTEIN
Assistant United States Attorney


 Approved by email
NICHOLAS MARCHI
Attorney for the Defendant

U.S. v. HENDERSON, CR23-140 JNW