UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.CR23-140-JNW |
| Plaintiff, | BIFURCATION ORDER |
| vs. | |
| LEON HENDERSON, | |
| Defendant, | |

This matter, having come before the Court on the Stipulated Motion to Bifurcate Counts for Trial (ECF No. 106) the Court have reviewed the files herein NOW AND THERFORE:

The Motion is GRANTED.

Done this 17th day of November, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

BIFURCATION ORDER                - 1

Presented by:

*s/Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant