The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LEON HENDERSON,<br>Defendant,<br>and<br>MARK THACKER,<br>Third-Party Claimant. | NO. CR23-140-JNW<br><br>**STIPULATION AND ORDER SETTLING THIRD-PARTY CLAIM TO FIREARM**<br><br>NOTED FOR CONSIDERATION:<br>August 10, 2026 |

The United States and Third-Party Claimant Mark Thacker present the following stipulation and proposed order to settle the interest that Mr. Thacker has asserted in the Heckler & Koch 9mm pistol, bearing serial number 85958 (the "Subject Firearm"), which was forfeited by Defendant Leon Henderson. *See* Dkt. No. 132 (Preliminary Order of Forfeiture), Dkt. No. 137 (Third-Party Petition), Dkt. No. 141 (same).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## I. BACKGROUND

Defendant Leon Henderson was convicted by a jury of *Possession of a Firearm in Furtherance of a Drug Trafficking Crime*, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) (Count 5), based upon his possession of the Subject Firearm, on or about May 5, 2023, in Seattle, Washington. Dkt. Nos. 114, 119, 121.

On March 19, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting the Defendant's interest in the Subject Firearm. Dkt. No. 132.

As required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the Preliminary Order of Forfeiture and the government's intent to dispose of the Subject Firearm in accordance with governing law. Dkt. No. 140. That notice informed any third parties claiming an interest in the Subject Firearm that they were required to file a petition with the Court within 60 days of the notice's first publication on March 12, 2026. *Id.*

On March 30, 2023, as required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States also sent direct notice and a copy of the Preliminary Order by U.S. Certified Mail to Mr. Thacker and three other potential claimants. *See* Declaration of Assistant United States Attorney ("AUSA") Karyn S. Johnson in Support of Stipulation and Proposed Order Settling Third-Party Claim to Firearm ("Johnson Decl.") ¶ 2 & Exhibits A-C. The notice addressed to Mr. Thacker was delivered on April 1, 2026. *Id.* ¶ 2(a) & Exhibit A. Notices sent to two individuals who were identified as potential claimants were returned to sender. *Id.* ¶¶ 2(b), 2(c) & Exhibits B, C.

On or about April 8, 2026, Mr. Thacker e-mailed a copy of his third-party petition (the "Petition") and supporting documents to AUSA Johnson, which the United States courtesy-filed on Mr. Thacker's behalf. Dkt. No. 139. Mr. Thacker also filed his Petition directly with the Court on April 13, 2026. Dkt No. 141. In his Petition, Mr. Thacker asserted that he is the rightful owner of the Subject Firearm, and that it was stolen from his vehicle in or about October of 2022. Dkt Nos. 139, 141.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Mr. Thacker told undersigned counsel that he had submitted a claim with his insurance company based upon the theft of the Subject Firearm. Johnson Decl. ¶ 3(d). On June 8, 2026, the United States sent direct notice to Mr. Thacker's insurance agency. *Id.* & Exhibit D. The notice informed the insurance agency that any claim or petition to the Subject Firearm would need to be submitted within 30 days of receipt of the notice. Per the United States Postal tracking system, the notice was delivered on or about June 15, 2026. *Id.*

No competing claims to the Subject Firearm have been filed, and the period for doing so expired on July 15, 2026.

## II. STIPULATION

The United States and Mr. Thacker HEREBY STIPULATE to the following:

1. Mr. Thacker asserts he is the lawful owner of the Subject Firearm. Mr. Thacker states that he purchased the Subject Firearm in 1984. Mr. Thacker states that the Subject Firearm was stolen from him in October of 2022, and he reported the theft to the Kirkland Police Department (case no. 2022-00037272).

2. The United States has reviewed the Kirkland Police Department Report Case No. 2022-00037272, dated October 13, 2022, which confirms that Mr. Thacker reported the theft of the Subject Firearm.

3. Mr. Thacker does not know Defendant or how he acquired the Subject Firearm.

4. The Federal Bureau of Investigation has confirmed that Mr. Thacker has no identifiable criminal history that precludes him from possessing a firearm at this time.

5. Mr. Thacker affirms that neither he nor any person living in his residence is prohibited from possessing a firearm.

6. Based on the information and affirmations reflected in Paragraphs 1–3, the United States agrees that Mr. Thacker had a vested interest in the Subject Firearm, pursuant to 21 U.S.C. § 853(n)(6)(A), before Defendant in this case possessed it.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. In recognition of Mr. Thacker's superior interest in the Subject Firearm, the United States agrees to release the Subject Firearm to Mr. Thacker following the conclusion of criminal proceedings in this case, to include any criminal appeal. The FBI and/or the United States Marshals Service will affect the release of the Subject Firearm to Mr. Thacker.

8. Mr. Thacker understands the Subject Firearm constitutes evidence in this case and cannot be returned prior to the completion of these criminal proceedings, to include any criminal appeal.

9. Mr. Thacker understands and agrees the Subject Firearm will be returned to him in its current condition, that is, as it was seized from Defendant.

10. Mr. Thacker understands and agrees that this Stipulation fully and finally resolves his claim to the Subject Firearm. Mr. Thacker waives any right to further litigate or pursue his claim, in this or any other proceeding, judicial or administrative.

11. Upon return of the Subject Firearm, Mr. Thacker agrees to release and hold harmless the United States, its agents, representatives, and/or employees, as well as any involved state or local law enforcement agencies, their agents, representatives, and/or employees, from any and all claims Mr. Thacker may possess, or that could arise, based on the seizure, detention, and release of the firearm.

12. The United States and Mr. Thacker agree they will each bear their own costs and attorneys' fees associated with the seizure, detention, and release of the Subject Firearm, as well as with Mr. Thacker's Petition and this Stipulation.

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13. The United States and Mr. Thacker agree the terms of this Stipulation are subject to review and approval by the Court, as provided in the proposed Order below. If the Court enters the proposed Order, a violation of any term or condition of this Stipulation shall be construed to be a violation of that Order.

Respectfully submitted,

DATED: August 10, 2026

*s/ Karyn S. Johnson*

KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

DATED: August 7, 2026

MARK THACKER
[redacted]
Kirkland, WA. 98033
([redacted]) [redacted]-[redacted]
[redacted]@hotmail.com

**ORDER**

The Court has reviewed the above Stipulation between the United States and Third-Party Claimant Mark Thacker, which settles the interest Mr. Thacker has asserted in the Heckler & Koch 9mm pistol, bearing serial number 85958, Dkt. Nos. 139, 141, which has already been forfeited by the Defendant in this case, Dkt. No. 132. The Court HEREBY APPROVES the Stipulation and its terms.

IT IS SO ORDERED.

DATED this 12th day of August, 2026

THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, I electronically filed the foregoing Stipulation & Proposed Order Settling Third-Party Claim to Firearm ("Stipulation & Proposed Order") with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

I hereby further certify that on August 10, 2026, I sent the foregoing Stipulation & Proposed Order on the following party at the address listed below, by electronic mail.

MARK THACKER
[redacted]@hotmail.com

*s/ Donna R. Taylor*

DONNA R. TAYLOR
FSA Paralegal IV, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4132
Fax: (206) 553-6934
Donna.R.Taylor@usdoj.gov